■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD HAMBLEY, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Copertino, J.), imposed January 6, 1982 on his conviction of manslaughter in the first degree, upon his plea of guilty, the sentence being an indeterminate term of imprisonment of 8⅓ to 25 years. Sentence reversed, as a matter of discretion in the interest of justice, and matter remitted to the County Court, Suffolk County, for further proceedings consistent herewith. In our view, the sentence was excessive and should be reduced to an indeterminate term of imprisonment of 5 to 15 years. However, the People consented to the plea, in part, upon the court's promise to impose a sentence of 8⅓ to 25 years. Therefore, we vacate the sentence and remit the case to the County Court for further proceedings, at which the People shall be afforded the opportunity to withdraw their consent to the plea agreement. Should the People opt for withdrawal, the defendant's plea shall be vacated and he shall be permitted to plead anew. Should they decline to do so, then the County Court shall impose a sentence consistent with the views expressed herein (see *People v Farrar,* 52 NY2d 302; *People v Thompson,* 91 AD2d 672). Gulotta, J. P., Brown, Rubin and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES JOHNSON, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Dubin, J.), rendered January 13, 1982, convicting him of manslaughter in the first degree, upon his plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Thompson, Rubin and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY LOUCKS, Appellant. — Appeal by defendant from a judgment of the County Court, Suffolk County (Copertino, J.), rendered January 11, 1982, convicting him of murder in the second degree, upon a plea of guilty, and imposing sentence. Judgment affirmed. We again call to the attention of the District Attorney that CPL 730.20 provides for the location where psychiatric examinations are to be held (see *People v McCabe,* 87 AD2d 852). However, since no prejudice has inured to defendant, we affirm. Mollen, P. J., Thompson, Rubin and Boyers, JJ., concur.